ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
                                            )
Unity Cable Technologies, Inc.              )    ASBCA No. 61997
  dba Unity Defense Systems                 )
                                            )
Under Contract No. FA3002-18-P-0059         )

APPEARANCE FOR THE APPELLANT:          Ms. Annette Wright
                                        President

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                         Air Force Deputy Chief Trial Attorney
                                        Michael J. Farr, Esq.
                                         Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 4, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61997, Appeal of Unity Cable Technologies, Inc. dba Unity Defense Systems, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals